IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Waller, Lori E | Case Number: 07 B 04658 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/27/08 | Filed: 3/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 10, 2008
Confirmed: June 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 811.13 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 767.31 |
| Trustee Fee: |  | 43.82 |
| Other Funds: |  | 0.00 |
| Totals: | 811.13 | 811.13 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,574.00 | 740.83 |
| 2. | Robert J Semrad & Associates | Administrative | 225.00 | 26.48 |
| 3. | GRP Financial Services Corporation | Secured | 0.00 | 0.00 |
| 4. | GRP Financial Services Corporation | Secured | 9,038.48 | 0.00 |
| 5. | Consumer Portfolio Services | Unsecured | 790.30 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 23.22 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 147.00 | 0.00 |
| 8. | Global Payments | Unsecured | 82.50 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 176.72 | 0.00 |
| 10. | Cavalry Portfolio/Collection | Unsecured | 56.58 | 0.00 |
| 11. | United Auto Credit | Unsecured | 438.30 | 0.00 |
| 12. | Columbus Bank & Trust | Unsecured |  | No Claim Filed |
| 13. | Associates/Citibank | Unsecured |  | No Claim Filed |
| 14. | Credit Management Service | Unsecured |  | No Claim Filed |
| 15. | Harris & Harris | Unsecured |  | No Claim Filed |
| 16. | NDC Check Services | Unsecured |  | No Claim Filed |
| 17. | Seaway National Bank | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,552.10 | $ 767.31 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 43.82 |
|  | _____ |
|  | $ 43.82 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Waller, Lori E | Case Number: 07 B 04658 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/27/08 | Filed: 3/16/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

